**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CARLOS DAVE BURKE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1511-KC** |
| | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On May 29, 2026, Carlos Dave Burke filed a Petition for a Writ of Habeas Corpus, ECF No. 1.  On June 1, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted.  June 1, 2026, Order, ECF No. 2.

Respondents have now filed a Response, ECF No. 4, in which they state that Burke, who was ordered removed by an Immigration Judge on February 8, 2023, is scheduled for removal to Jamaica on June 11.  *Id.* at 1–2.  Respondents also state that they are in possession of Burke's valid passport.  *Id.* at 2.

Given that Burke's removal is imminent and would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report by **<u>no later than June 16, 2026</u>**, stating whether Burke was removed from the country on June 11, as scheduled, and if not, why, and the anticipated timeline for his removal.

**SO ORDERED**.

**SIGNED this 9th day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE