**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CARLOS DAVE BURKE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1511-KC** |
| | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case. On May 29, 2026, Carlos Dave Burke filed a Petition for a Writ of Habeas Corpus, ECF No. 1, challenging his detention as unlawful and asking the Court to order his release. On June 9, 2026, the Court ordered Respondents to provide a status report by June 16, stating whether Burke was removed from the United States on June 11, as scheduled, and if not, why, and the anticipated timeline for his removal. June 9, 2026, Order, ECF No. 6.

On June 16, Respondents filed a Response, ECF No. 7, informing the Court that Burke was removed from the United States to Jamaica on June 11. *See id.* Ex. A ("Flores Decl."), ECF No. 7-1.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Burke has now been removed, and thus released from custody, the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 17th day of June, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE